ELLEN F. ROSENBLUM
Attorney General
CARLA A. SCOTT #054725
CHRISTINA L. BEATTY-WALTERS #981634
Senior Assistant Attorneys General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Carla.A.Scott@doj.state.or.us
           Tina.BeattyWalters@doj.state.or.us

Attorneys for Defendant Nancy Cozine

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| COURTHOUSE NEWS SERVICE,<br><br>             Plaintiff,<br><br>      v.<br><br>NANCY COZINE, in her official capacity as Oregon State Court Administrator,<br><br>             Defendant. | Case No.  3:21-cv-00680-SI<br><br>JOINT STATUS REPORT |

The parties jointly submit this status report as required by the Court's minute order dated September 12, 2023.  (Docket 100).

Following entry of this Court's Order on Plaintiff's motion for summary judgment, the parties have met and conferred about trial scheduling and related topics.  Based on the parties' and their client and witness schedules, and subject to the Court's availability, the parties propose that trial begin April 22, with a pretrial conference date of April 15.  The parties believe that a trial, at most, will require five court days.  Defendant will need to conclude trial by the end of April.

Page 1 -    JOINT STATUS REPORT
              CAS/mm8/40726677

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

Other than reaching agreement on the trial date, the parties are still conferring on a number of other topics. The parties are conferring on several topics in order to ensure efficient presentations and to limit the length of trial, including the use of proposed stipulated facts, the order and sequence of evidence, and several other evidentiary issues.

The parties are also discussing supplementing discovery. Both parties intend to supplement their production of documents. The parties are conferring about a factual cut-off date for supplemental production and trial so that the Court is presented with current facts. And, based on the questions from the Court at the hearing on Plaintiff's objections, the parties are discussing taking a Rule 30(b)(6) deposition of the Oregon Judicial Department's third-party vendor Tyler Technologies, Inc. If they agree on a deposition plan and schedule, they will file a joint motion for leave to take that deposition given that discovery is closed.

| | |
|---|---|
| DATED November 13, 2023.<br><br>Respectfully submitted,<br><br>ELLEN F. ROSENBLUM<br>Attorney General<br><br>   *s/ Carla A. Scott*   <br>CARLA A. SCOTT #054725<br>CHRISTINA L. BEATTY-WALTERS #981634<br>Senior Assistant Attorneys General<br>Trial Attorneys<br>Tel (971) 673-1880<br>Fax (971) 673-5000<br>Carla.A.Scott@doj.state.or.us<br>Tina.BeattyWalters@doj.state.or.us<br>Of Attorneys for Defendant Nancy Cozine | HILLIS CLARK MARTIN & PETERSON P.S<br><br>   *s/ Eric D. Lansverk*   <br>Eric D. Lansverk, OSB #144700<br>999 Third Avenue, Suite 4600<br>Seattle, Washington 98104<br>Telephone: 206-623-1745<br>Facsimile: 206-623-7789<br>eric.lansverk@hcmp.com<br>Of Attorneys for Plaintiff<br><br>BRYAN CAVE LEIGHTON PAISNER LLP<br><br>   *s/ Jonathan G. Fetterly*   <br>Katherine A. Keating (Pro Hac Vice)<br>Jonathan G. Fetterly (Pro Hac Vice)<br>3 Embarcadero Center, 7th Floor<br>San Francisco, CA 94111<br>Telephone: 415-675-3400<br>Facsimile: 415-675-3434<br>katherine.keating@bclplaw.com<br>jon.fetterly@bclplaw.com<br>Of Attorneys for Plaintiff |

Page 2 -   JOINT STATUS REPORT
   CAS/mm8/40726677

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000