IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **COURTHOUSE NEWS SERVICE**,<br><br>                              Plaintiff,<br><br>          v.<br><br>**NANCY COZINE**, in her official capacity as Oregon State Court Administrator,<br><br>                              Defendant. | Case No: Case No: 3:21-cv-00680-SI<br><br>**ORDER** |

    Plaintiff Courthouse News Service ("Plaintiff") and Defendant Nancy Cozine, in her official capacity as Oregon State Court Administrator ("Defendant") (collectively the "Parties"), filed a Joint Motion for Order Modifying Trial Management Order ("Motion"). For the reasons stated in the Motion, and for good cause shown, the Court GRANTS the Motion and modifies the Trial Management Order (Dkt. 110) as follows:

1. The Parties shall file their Joint Stipulated Facts and Joint Exhibit List no later than **August 2, 2024**

2. The Parties may submit written direct testimony from the witnesses identified in the Motion, and in the manner identified in the Motion. For the written testimony not previously filed as a declaration in this case, the Parties shall file that testimony concurrently with the filing of their witness lists pursuant to the deadlines established by Trial Management Order.

3. Any evidentiary objections submitted by either party to any written direct testimony shall be set forth in the manner and in the time required by Sections III.K and IV.C. of the Trial Management Order.

4. The Parties shall file their proposed findings of fact and conclusions of law, along with any jointly-submitted findings and conclusions, no later than **August 27, 2024** (7 days prior to the Pre-Trial Conference).

Dated: August 1, 2024

                                              HON. MICHAEL H. SIMON
                                              United States District Judge